IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ARTHUR DONALD DARBY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:14CV244 |
| | ) | |
| AMERICAS, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on March 24, 2014, was served on the parties in this action. Plaintiff objected to the Recommendation. [Doc. # 5.]

The Court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination in accord with the Magistrate Judge's report. The Court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Plaintiff's Complaint is DISMISSED under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim. A Judgment dismissing this action will be entered contemporaneously with this Order.

United States District Judge

Date: July 24, 2014